# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN FONTENETTE** | * | **CIVIL NO. 6:11-0584** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **BLUE MARLIN SERVICES, LLC, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## REPORT AND RECOMMENDATION

Before the court is the Motion to Dismiss filed by "THE BRAVE", a vessel allegedly owned by Cal Dive International.  [rec. doc.24].  By this Motion, THE BRAVE requests that it be dismissed from this action for lack of *in rem* jurisdiction, and, alternatively, for failure to state a claim upon which relief may be granted. Plaintiff has not filed Opposition to the Motion. Moreover, counsel for the plaintiff, James Patrick MacManus, has advised that the plaintiff has no Opposition to the grant of the Motion to Dismiss for lack of *in rem* jurisdiction, and, further, that plaintiff  does not oppose dismissal of THE BRAVE without prejudice from this action. Finally, the record reflects that there has been no seizure, arrest or attachment of the vessel, THE BRAVE, for exercise of this court's *in rem* jurisdiction.   Accordingly;

**IT IS RECOMMENDED** that the Motion to Dismiss filed by THE BRAVE [rec. doc. 24] for  lack of in rem jurisdiction be **GRANTED**, and accordingly, THE BRAVE be **DISMISSED WITHOUT PREJUDICE** from this action.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this report and recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by**

**Fed.R.Civ.P 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d. 1415 (5th Cir. 1996).**

Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

Signed this 17th day of October, 2011, at Lafayette, Louisiana.

_C. Michael Hill_____

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE