UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN FONTENETTE** | **CIVIL ACTION NO. 6:11-0584** |
| **VS.** | **JUDGE TUCKER L. MELANÇON** |
| **BLUE MARLIN SERVICES, LLC, ET AL** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 34*, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that the Motion to Dismiss filed by THE BRAVE [Rec. Doc. 24] for lack of in rem jurisdiction, is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 3rd day of November, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE